CANADIAN AGENCY, Limited, v. ASSETS REALIZATION CO. et al. (No. 6497.)

(Supreme Court, Appellate Division, First Department. December 18, 1914.)

Appeal from Special Term, New York County.

Action by the Canadian Agency, Limited, against the Assets Realization Company, impleaded, etc. From an order overruling a demurrer to amended complaint, defendant named appeals. Affirmed, with leave to withdraw demurrer and to answer.

Argued before INGRAHAM, P. J., and LAUGHLIN, SCOTT, DOWLING, and HOTCHKISS, JJ.

George N. Hamlin, of New York City, for appellant.

Samuel Untermyer and Irwin Untermyer, both of New York City, for respondent.

PER CURIAM. For the reasons stated in the opinion in Canadian Agency, Limited, Respondent, v. Webster et al., Appellants, 150 N. Y. Supp. 758, handed down herewith, the order appealed from should be affirmed, with $10 costs and disbursements, with leave to the defendant to withdraw demurrer and to answer, upon payment of costs in this court and in the court below.